| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.: | 26-22523 |
| In re: Shontell Sharie Meredith,<br><br>*Debtor.* | Chapter:<br><br>Judge: | 7 |

**Certification of Shontell Sharie Meredith**
**in Support of Application to Pay Filing Fee in Installments**

I, Shontell Sharie Meredith, certify as follows:

1. I am the Debtor in this case.

2. I make this certification on personal knowledge in support of my Application for Individuals to Pay the Filing Fee in Installments.

3. I am a single mother of two children, both of whom live with me.

4. Before filing this case I had only $500, all of which I used to pay my attorney for fees and costs associated with this case.

5. Atlantic City Electric notified me that it will terminate electric service to my apartment, where my children and I live, for nonpayment on November 4, 2026.

6. Because of these circumstances, it was necessary for me to file this case immediately to prevent the loss of electric service to the home where my children and I live.

7. At this time, I am unable to pay the filing fee except in installments.

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 3, 2026

/s/ Shontell Sharie Meredith
Shontell Sharie Meredith